1  MIRANDA KANE (CA Bar No. 150630)
   GRACE YANG (CA Bar No. 286635)
2  **CONRAD | METLITZKY | KANE LLP**
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Tel:   (415) 343-7100
4  Fax:   (415) 343-7101
   Email: mkane@conmetkane.com
5  Email: gyang@conmetkane.com

6
   Attorneys for DEFENDANT
7  ERIK GONZALEZ

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA,            CASE NO. 19-CR-0585-HSG

14        Plaintiff,
                                         **STIPULATION AND ORDER REGARDING
15     v.                                PRESENTENCE REPORT SCHEDULE**

16  ERIK GONZALES,

17        Defendant.

On December 6, 2023, the parties appeared before the Court for a status conference regarding sentencing. The Court did not set a sentencing date but ordered that the Pre-Sentence Report ("PSR") be completed by January 16, 2024 so that it could consider the PSR before making a decision regarding Defendant Gonzales's deferred sentencing proposal. (Dkt 354). The Court indicated that it would issue a further order after receiving and reviewing the PSR. The Court also set a control date for a further status conference on February 14, 2024, if necessary. *Id*.

After consulting with United States Probation Officer Ashley Polk, counsel for Defendant Erik Gonzales and the government met and conferred, and agreed upon the following deadlines in connection with the preparation of the PSR:

- **By January 16, 2024:** Probation will send the draft PSR to counsel for both parties;
- **By January 26, 2024:** Counsel for the parties will submit their written responses to the draft PSR, pursuant to Criminal Local Rule 32-4 (a) and (b); and
- **By January 30, 2024:** Probation will submit the final PSR to the Court.

Undersigned counsel for Mr. Gonzales certifies that she has obtained approval from the United States Attorney's Office to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 11, 2023  /s/ Miranda Kane
MIRANDA KANE
Attorney for DEFENDANT
ERIK SAMUEL GONZALES

DATED: December 11, 2023  /s/ Maya Karwande
MAYA KARWANDE
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the Court hereby adopts the parties' Stipulation Regarding Pre-Sentence Report Schedule:

- **By January 16, 2024:** Probation will send the draft Pre-Sentence Report ("PSR") to counsel for both parties;
- **By January 26, 2024:** Counsel for the parties will submit their written responses to the draft PSR, pursuant to Criminal Local Rule 32-4 (a) and (b); and
- **By January 30, 2024:** Probation will submit the final PSR to the Court.

IT IS SO ORDERED.

Date:  12/11/2023

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge